UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
OCT 1 0 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  )  ) |
| Plaintiff, | )  ) No. |
| v. | )  ) |
| LUKE HIGHTOWER, | )  )  ) |
| Defendant. | ) |

4:19CR851 SRC/DDN

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 21, 2019, in Saint Louis County, within the Eastern District of Missouri,

**LUKE HIGHTOWER,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JAMES REDD, #66172MO
Assistant United States Attorney